United States District Court
Southern District of Texas
**ENTERED**
October 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL HERRERA-PERALTA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-00374 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Before this Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), and Respondents' "Advisory Regarding Status of Immigration Proceedings" (Dkt. No. 6) ("Advisory"). By their advisory, Respondents notify the Court of Petitioner's voluntarily deportation. (Dkt. No. 10 at 1). For this reason, Petitioner's Petition (Dkt. No. 1) is **DISMISSED** sua sponte.

The case-or-controversy requirement must subsist through all stages of federal judicial proceedings. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Otherwise, the action is moot, and the court is stripped of jurisdiction.

Here, Petitioner's voluntary departure renders his Petition moot because he is no longer in detention. Consequently, there is no longer a live case or controversy for this Court to resolve.

Accordingly, Petitioner's Petition (Dkt. No. 1) is hereby **DISMISSED** sua sponte. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this October 29, 2026

Rolando Olvera
United States District Judge